# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:   GRANULATED SUGAR ANTITRUST LITIGATION | MDL No. 24-3110 (JWB/DTS) |
| This Document Relates to:<br><br>COWBELL GRILL & TAP, LLC AND DIMITRI, INC., *individually and on behalf of all others similarly situated, doing business as* JIMMY THE GREEK'S,<br><br>Plaintiff,<br><br>v.        Civil No. 24-1539 (JWB/DTS)<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNTIED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., AND RICHARD WISTISEN,<br><br>Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3110 (JWB/DTS), (Doc. No. [281]); Civil No. 24-1539 (JWB/DTS), (Doc. No. [18])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:   November 25, 2024              s/Jerry W. Blackwell
                                                                                           JERRY W. BLACKWELL
                                                                                           United States District Judge